1  KENNETH A. FEINSWOG
2  Bar No. 129562
3  6100 Center Drive, Suite 630
   Los Angeles, California 90045
4  (310) 846-5800

5  Attorney for Plaintiffs

6

7
                UNITED STATES DISTRICT COURT
8                 FOR THE CENTRAL DISTRICT
                      OF CALIFORNIA
9

10 ------------------------------------------------------X    CIVIL ACTION NO.
11 BRAVADO INTERNATIONAL GROUP                               CV 08-02127 DDP (AGRx)
   MERCHANDISING SERVICES, INC. and
12 BRAVADO INTERNATIONAL GROUP,
13 LIMITED,

14                                  Plaintiffs,

15                                                           **PERMANENT INJUNCTION**
                                                             **AGAINST THE CARD**
16                      -against-                            **CAFE LTD. AND**
17                                                           <u>**SID KLEIMAN**</u>

18
   ANDREW HAWNT, STARSTORE.COM,
19 THE LAST PICTURE SHOW, SID KLEIMAN
20 and THE CARD CAFE LTD.

21                                 Defendants.
22 ------------------------------------------------------X

23

24

25      This matter, having come before the Court upon the filing of the complaint of

26 Bravado International Group Merchandising Services, Inc. and Bravado

27
   International Group, Ltd. (hereinafter collectively referred to as "plaintiffs") against
28

1

defendants The Card Café, Ltd. ("Card Cafe") and Sid Kleiman ("Kleiman") for allegedly copying, making unauthorized use of and otherwise allegedly infringing the trademarks, service marks, logos, trade names, images of and/or likenesses of the musical performers known as Beyonce, Metallica, James Blunt, Slipknot, Nickelback, Guns N Roses, Led Zeppelin, The Clash, Iron Maiden, Cradle of Filth, Red Hot Chili Peppers, Shakira, Alicia Keys and Depeche Mode (the "Musical Groups and Performers Marks") and for allegedly unfairly competing with plaintiffs, and for allegedly falsely designating goods as having originated from plaintiffs; and it appears to the Court that the parties have consented to entry of this Permanent Injunction, it is

ORDERED, ADJUDGED AND DECREED that:

1.  Kleiman and Card Cafe and their agents, servants, employees, confederates and any persons acting in concert or participation with it are permanently enjoined and restrained from:

 (a)  using the Musical Groups and Performers Marks or any simulation, reproduction, counterfeit, copy, or colorable imitation of said trademarks, likenesses, trade names, logos and/or service marks in connection with the

advertising, printing, offering for sale, or sale of infringing or unauthorized calendars and/or other infringing or unauthorized products;

(b)   using the Musical Groups and Performers Marks or any simulation, reproduction, counterfeit, copy, or colorable imitation of said trademarks, likenesses, trade names, service marks and/or logos on infringing or unauthorized calendars and/or other infringing or unauthorized products, in any manner likely to cause confusion, mistake or deception as to the identity or source of any article;

(c)   passing off, inducing, or enabling others to sell or pass off any infringing calendars and/or other infringing items which are not genuine products of the Musical Groups and Performers and/or plaintiff as and for genuine products of the Musical Groups and Performers;

(d)   shipping, delivering, holding or offering for sale, selling, circulating, advertising, distributing, printing, manufacturing or transferring infringing calendars and/or other unauthorized products bearing the Musical Groups and Performers Marks or any simulation, reproduction, counterfeit, copy or colorable imitation thereof.

1      (e)   assisting, aiding or abetting any other person or business entity in engaging in or performing any of the activities referred to in the above subparagraphs (a) through (d).

2.   This Court shall retain jurisdiction of this matter in connection with any disputes arising out of the settlement agreement entered into between the parties and any possible violations of this Permanent Injunction.

SO ORDERED:

Dated: October 07, 2008

_____
UNITED STATES DISTRICT JUDGE

1

2  CONSENTED TO by Plaintiffs BRAVADO INTERNATIONAL GROUP
3  MERCHANDISING SERVICES, INC. and BRAVADO INTERNATIONAL
4  GROUP, LTD.

5

6

7

8  Dated: 9/15/08                           s/Kenneth A. Feinswog
                                            Kenneth A. Feinswog
9                                           6100 Center Drive, Suite 630
10                                          Los Angeles, CA  90045
                                            (310) 846-5800
11                                          Attorney for Plaintiffs
12

13

14

15  CONSENTED TO by Defendant THE CARD CAFE LTD.
16

17                                          THE CARD CAFE LTD.
18

19

20     Dated: 6/20/08                       By: s/ Sid Kleiman-President
21                                              Sid Kleiman-President

22

23

24

25     Dated: 6/20/08                       By: s/Sid Kleiman
26                                              Sid Kleiman

27

28

5

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28